357

BRUNING DIVISION ADDRESSOGRAPH MULTIGRAPH CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-295—)

BRUNING DIVISION ADDRESSOGRAPH MULTIGRAPH CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 3, 1976.*

BRUNING DIVISION ADDRESSOGRAPH MULTIGRAPH CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-296—)

BRUNING DIVISION ADDRESSOGRAPH MULTIGRAPH CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 3, 1975.*

BRUNING DIVISION ADDRESSOGRAPH MULTIGRAPH CORPORATION, Claimant, pro se.